ACCEPTED
05-15-00412-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/4/2015 2:40:26 PM
LISA MATZ
CLERK

# IN THE

## COURT OF APPEALS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/4/2015 2:40:26 PM
LISA MATZ
Clerk

### FIFTH DISTRICT OF TEXAS AT DALLAS COUNTY, TEXAS

| | | |
|---|---|---|
| BRANDON BLACKNALL | § | 05-15-00412-CR |
| VS. | § | |
| STATE OF TEXAS | § | |

## APPELLANT COUNSEL MOTION TO WITHDRAW AS COUNSEL FOR BRANDON BLACKNALL

TO THE HONORABLE JUSTICES:

Valencia Bush, Attorney at Law, Movant, brings this Motion to Withdraw as Counsel as attorney for Appellant and in support thereof shows:

1. Movant is attorney of record for Appellant Brandon Blacknall, and was appointed by the Honorable Judge of Criminal District Court No. 291 to represent the Appellant.

2. The undersigned counsel for Appellant moves for leave to withdraw as counsel of record for Appellant. This motion is required because Appellant's counsel has filed a brief that does not present a point of error in favor of Appellant or arguable ground for relief. A copy of this motion, the Appellant brief, notice of filing, and the complete record has been delivered to Mr. Brandon Blacknall by certified mail RRR #7013 1710 0000 3791 4196.

3. Mr. Blacknall has been notified in writing of his right to object to this motion and the applicable deadlines for filing a response.

4. Movant prays that the Court enter an order permitting Movant to withdraw as attorney of record for Appellant Brandon Blacknall.

Respectfully Submitted

*// Valencia Bush*

VALENCIA BUSH
10000 North Central Expy Ste. 400
Dallas, Texas 75231
Ph (214) 631-3435
Fax 1-866-275-2570
valenciabush@aol.com

## CERTIFICATE OF SERVICE

This is to certify that on November 3, 2015 , a true correct copy of this motion, along with a letter advising Mr. Blacknall of his right to file a pro se brief was forwarded to: Brandon Blacknall TDCJ #01991268, Middleton Unit, 13055 FM 3522 by certified mail RRR #7013 1710 0000 3791 4196 and to the Appellate Division of the District Attorney's Office, 133 N. Riverfront Blvd. Dallas, Texas, 75207 at DCDAAPPEALS@DALLASCOUNTY.ORG. A copy of said brief has also been forward by e-file to the 5th Court of Appeals, 600 Commerce, Dallas, Texas 75202.

*// Valencia Bush*

_____

Valencia Bush, Attorney at Law